1  CASEY JENSEN, Bar No. 263593
   cjensen@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
4  Telephone:  (213) 488-4100
   Telecopier: (213) 488-4180
5
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
6  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION

11

12  CARPENTERS SOUTHWEST          )   CASE NO. CV 10-7622 GW(FMOx)
    ADMINISTRATIVE CORPORATION,   )
13  a California non-profit corporation; and )
    BOARD OF TRUSTEES FOR THE     )
14  CARPENTERS SOUTHWEST TRUSTS, )   RENEWAL OF JUDGMENT BY
                                  )   CLERK
15              Plaintiffs,       )
                                  )
16  v.                            )
                                  )
17  AUSTON STEVEN LAMBETH,        )
    individually and doing business as )
18  UNITED ACOUSTICS; and DOES 1  )
    through 10, inclusive,        )
19                                )
                Defendant.        )
20  _____)

21

22        The judgment debtor, AUSTON STEVEN LAMBETH, individually and

23  doing business as UNITED ACOUSTICS ("DEFENDANT"), having judgment

24  entered against him on March 8, 2011.

25        NOW, upon application of CARPENTERS SOUTHWEST

26  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE

27  CARPENTERS SOUTHWEST TRUSTS ("CARPENTERS TRUSTS"), and upon

28  declaration that DEFENDANT has failed to pay the total amount of said judgment,

and that DEFENDANT is indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANT be renewed in the amount of $21,082.50 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

|     |     |     |     |           |
|-----|-----|-----|-----|-----------|
| a.  | Principal ........................................................... | $ | 17,525.87 |
| b.  | Judgment interest............................................... | $ | 1,391.46 |
| c.  | Costs ................................................................ | $ | 0.00 |
| d.  | Attorney Fees pursuant to Local Rule 14.12 ............... | $ | 1,660.62 |

Subtotal (Judgment as entered) ........................................... $    20,577.95

|     |     |     |     |           |
|-----|-----|-----|-----|-----------|
| a.  | Total Judgment ................................................ | $ | 20,577.95 |
| b.  | Credit received ................................................. | $ | 0.00 |
| c.  | Interest after judgment computed from March 8, 2011 through July 8, 2020 at 0.26% ($0.15 per day) ................................... | $ | 504.55 |
| d.  | Subtotal . ........................................................ | $ | 21,082.50 |
| e.  | Costs after judgment ......................................... | $ | 0.00 |

Total Renewed Judgment ..................................................... $    21,082.50

DATED: July 9, 2020

_Margo Mead_
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation


BY: _____
        CASEY JENSEN
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts

PROOF OF SERVICE
**(USDC Case No.  CV 10-7622 GW(FMOx))**
**(Carpenters v. Auston Steven Lambeth, etc., et al.)**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is:  DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California  90071-1706.

On July 8, 2020, I served a copy of the foregoing document, described as:
**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**

on defendant, addressed as follows:

| | |
|---|---|
| Auston Steven Lambeth, individually and doing business as United Acoustics | Auston Steven Lambeth, individually and doing business as United Acoustics |
| | 603 Sea Gaze Drive #286 |
| San Diego, California 92117 | Oceanside, California 92054 |

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X]    (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing.  Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business.  Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on July 8, 2020, at Los Angeles, California.**

[X]    (**FEDERAL**)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Bridgette Roy_
Bridgette Roy